KAREN L. LOEFFLER
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNTS 1 & 2: |
| | ) | SEXUAL EXPLOITATION OF A |
| v. | ) | CHILD – DISTRIBUTION OF CHILD |
| | ) | PORNOGRAPHY |
| WILMER CARTONIO, | ) | Vio. of 18 U.S.C. § 2252(a)(2) |
| | ) | and (b)(1) |
| Defendant. | ) | |
| | ) | COUNT 3: |
| | ) | SEXUAL EXPLOITATION OF A |
| | ) | CHILD – POSSESSION OF CHILD |
| | ) | PORNOGRAPHY |
| | ) | Vio. of 18 U.S.C. § 2252(a)(4) |
| | ) | and (b)(2) |

I N D I C T M E N T

The Grand Jury charges that:

//

## COUNT 1

Sexual Exploitation of a Child – Distribution of Child Pornography

On January 27, 2016, within the District of Alaska, the defendant, WILMER CARTONIO, did knowingly distribute, by any means and facility of interstate and foreign commerce, visual depictions of minors engaging in sexually explicit conduct, the production of which involved the use of minors engaging in sexually explicit conduct.

All of which is in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 2

Sexual Exploitation of a Child – Distribution of Child Pornography

On February 11, 2016, within the District of Alaska, the defendant, WILMER CARTONIO, did knowingly distribute, by any means and facility of interstate and foreign commerce, visual depictions of minors engaging in sexually explicit conduct, the production of which involved the use of minors engaging in sexually explicit conduct.

All of which is in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 3

Sexual Exploitation of a Child – Possession of Child Pornography

On or about March 31, 2016, within the District of Alaska, the defendant, WILMER CARTONIO, did knowingly possess compact discs (CDs) and DVDs containing visual depictions of a minor engaging in sexually

explicit conduct that were transported using any means and facility of interstate and foreign commerce. Those visual depictions were produced using minors engaging in sexually explicit conduct and those visual depictions were of such conduct.

All of which is in violation of 18 U.S.C. §§ 2252(a)(4) and (b)(2).

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Audrey J. Renschen
AUDREY J. RENSCHEN
United States of America
Assistant U.S. Attorney


s/ Kevin Feldis for
KAREN L. LOEFFLER
United States of America
United States Attorney


DATE     6/21/16