BRYAN SCHRODER
Acting United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:16-cr-00064-SLG |
|---|---|---|
| Plaintiff, | ) ) | **NOTICE OF ATTORNEY APPEARANCE** |
| vs. | ) ) | |
| WILMER CARTONIO, | ) ) | |
| Defendant. | ) ) | |

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant U.S. Attorney Kyle Reardon now appears as counsel for the United States of America in the above-entitled action.

//

//

//

//

//

All future correspondence in this matter should be sent to:

>KYLE REARDON
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>Email: kyle.reardon@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on Assistant U.S. Attorney Audrey Renschen, now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED July 31, 2017, at Anchorage, Alaska.

>BRYAN SCHRODER
>Acting United States Attorney
>
>s/ *Kyle Reardon*
>KYLE REARDON
>Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31 2017, a
true and correct copy of the foregoing was
served electronically on the following:

All Counsel of Record

s/ *Kyle Reardon*
Office of the U.S. Attorney

U.S. v. Cartonio
3:16-cr-00064-SLG                          Page 2 of 2